UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
PHILLIPS 66 COMPANY,                     :
                                         :
                          Plaintiff,     :      22cv1121 (DLC)
                -v-                      :
                                         :      ORDER
MARINE PETROBULK LTD.,                   :
                                         :
                          Defendant.     :
---------------------------------------- X

DENISE COTE, District Judge:

   On February 10, 2022, Phillips 66 Company brought this action against Marine Petrobulk Ltd. alleging, among other claims, breach of contract. The complaint adequately pleads diversity jurisdiction. Marine Petrobulk Ltd. moved to dismiss on April 19. In its motion, Marine Petrobulk Ltd. reports that Marine Petrobulk Limited Partnership was the counterparty to the underlying contract, not Marine Petrobulk Ltd. It is hereby

   ORDERED that the parties shall confer and advise the Court by **December 2, 2022** whether the defendant in this action should be Marine Petrobulk Limited Partnership and if so, whether diversity jurisdiction exists.

Dated:    New York, New York
          November 22, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge