**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PHILLIPS 66 COMPANY,

                    Plaintiff,

    -against-                                  22 **CIVIL** 1121 (DLC)

                                                  **<u>JUDGMENT</u>**

MARINE PETROBULK LTD.,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 5, 2022, Marine Petrobulk's April 19 motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       December 6, 2022

                                                                     **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                               **BY:**       *K. Mango*

                                                                        **Deputy Clerk**