```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
PHILLIPS 66 CO.,                         :
                                         :
                         Plaintiff,      :    22cv1121(DLC)
            -v-                          :
                                         :         ORDER
MARINE PETROBULK LTD.,                   :
                                         :
                         Defendant.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On December 20, 2023, the United States Court of Appeals for the Second Circuit transmitted an Order affirming in part and reversing in part this Court's December 5, 2022 Order and Opinion dismissing the complaint. An Order of December 27, 2023 set a schedule for further proceedings in this case contingent on the transmission of the USCA mandate by January 10, 2024. The mandate issued on January 12 and was entered on the docket on January 16. Accordingly, it is hereby

ORDERED that the answer is due by February 2, 2024.

IT IS FURTHER ORDERED that the status conference scheduled for March 6, 2024 at 3:30 p.m. in Courtroom 18B, 500 Pearl Street will proceed as scheduled.

Dated:   New York, New York
         January 16, 2024

                                    _____
                                             DENISE COTE
                                    United States District Judge