```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
PHILLIPS 66 CO.,                     :    22cv1121(DLC)
                                     :
                         Plaintiff,  :    ORDER OF
            -v-                      :    DISCONTINUANCE
                                     :
MARINE PETROBULK LTD.,               :
                         Defendant.  :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by April 12, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         March 13, 2024

                                     _____
                                              DENISE COTE
                                     United States District Judge